Order entered October 4 , 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-12-00965-CV

**CITY OF DALLAS, Appellant**

**V.**

**DAVID L. BARBER, Appellee**

**On Appeal from the 199th District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-624-95**

## ORDER

The Court has before it appellant's October 2, 2012 unopposed motion for second extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by November 1, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

ELIZABETH LANG-MIERS
JUSTICE